IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:25-cv-00202-RAL |
| SPORTSMAN'S WAREHOUSE, INC., | : |
| Defendant. | : |

**REVISED JOINT NOTICE OF SETTLEMENT**

NOW THIS 13th DAY OF January 2026, all matters herein have been settled as between Plaintiff Anthony Hammond Murphy ("Plaintiff") and Sportsman's Warehouse, Inc., Defendant, ("Defendant") and the Parties hereby submit this Joint Notice of Settlement as follows :

1. A settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, Plaintiff will file a Notice of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by February 28, 2026, and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Respectfully submitted,

*/s/Lawrence H. Fisher*
Lawrence H. Fisher (PA ID No. 67667)
301Sophia Street
Fredericksburg, VA  22401
Tel. 412.577.4040
lawfirst@lawrencefisher.com
*Attorneys for Plaintiff Anthony Hammond MurphyVA'*

*/s/Riley B. Olson*
Riley B. Olson
O'Hagan Meyer LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois  60601
(312) 422-6100 -T
(312) 422-6110 - F
rolson@ohaganmeyer.com

*Attorneys for Defendant Sportsman's
Warehouse, Inc.,*

## CERTIFICATE OF SERVICE

    I certify that on January 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                    */s/ Riley B. Olson*